SMITH et al., Respondents, v. ROBLEE et al., Appellants.

(Supreme Court, General Term, Third Department. December 6, 1893.)

Action by Charles Smith and Patrick Hickey against Hamilton A. Roblee, William J. Hammond, and others.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

C. C. Lester and James W. Lester, for appellants.
A. W. Sheperd, for respondents Smith and Hickey.
Jesse Stiles, for respondents Hammond et al.

MAYHAM, P. J. On a careful examination of the facts and questions of law raised by the appellants in this case, I think that the judgment should be affirmed, and that a written opinion is not required. Judgment affirmed, with costs. All concur.

---

WAKEFIELD RATTAN CO. v. TAPPAN.

(Supreme Court, General Term, Third Department. December 6, 1893.)

Action by the Wakefield Rattan Company against Shepherd Tappan.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
No opinion. Motion for reargument granted. See 24 N. Y. Supp. 430.

---

WILLIAMS v. BOYNTON, County Clerk.

(Supreme Court, General Term, Third Department. December 6, 1893.)

Action by Charles N. Williams against Nathaniel C. Boynton, as county clerk, etc.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
No opinion. Motion for leave to go to the court of appeals granted. See 25 N. Y. Supp. 60.

---

BLACKBURN, Appellant, v. ROME, W. & O. R. CO., Respondent.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by Benjamin Blackburn against the Rome, Watertown & Ogdensburg Railroad Company.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment affirmed, with costs. See Redmond v. Same Defendant, (Sup.) 10 N. Y. Supp. 330, and cases cited therein.